UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANTHONY FERGUSON,

                        Plaintiff,

      -against-

CHRISTIAN DESOUZA and WILD EAGLE TRANS LLC,

                        Defendants.

------------------------------------- x

ORDER

18 Civ. 11625 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from February 15, 2020 to March 4, 2020 at 9:45 am.

Dated: New York, New York
       February 13, 2020

SO ORDERED.

*signature*

GEORGE B. DANIELS
United States District Judge