**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY FERGUSON,

                          Plaintiff,

        -against-

CHRISTIAN DESOUZA et al.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Civ. 11625 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 13, 2020 to July 22, 2020 at 9:45 am.

Dated: New York, New York
       April 21, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge