# LAW OFFICE OF PHILIP J. SPORN

663 MORRIS PARK AVENUE
BRONX, NEW YORK 10462
E-MAIL: PJS@PHILSPORNLAW.COM
TELEPHONE: 718-828-9100
MOBILE: 914-772-2288
FACSIMILE: 718-828-9101



September 14, 2020

**VIA ECF**
Hon. George B. Daniels
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Ferguson v. Desouza, et ano.
Civil Action No.: 18 CV 11625 (GBD)

**SO ORDERED**

The status conference is
SEP 1 5 2020 adjourned from September 23,
2020 to December 16, 2020 at
9:45 a.m.

*[signature]*
HON. GEORGE B. DANIELS

Dear Judge Daniels:

We represent Plaintiff in the above-referenced matter. With Defendant's counsel, jointly we request an adjournment to the status conference schedule for September 23, 2020, at 9:45 AM before Your Honor.

I am currently awaiting three (3) available dates from our expert, Dr. Thomas Scilaris, to appear for an examination before trial that was adjourned due to the COVID-19 pandemic.

Thank you.

Sincerely,

*[signature]*

Philip A. Sporn (PJS 7510)

cc:  Nicholas J. Accurso, Esq.
Reardon & Sclafani, P.C.
220 White Plains Road, Suite 235
Tarrytown, New York 10591