# REARDON & SCLAFANI, P.C.

ATTORNEYS AT LAW

220 WHITE PLAINS ROAD, SUITE 235
TARRYTOWN, NEW YORK 10591

MICHAEL V. SCLAFANI
VINCENT M. SCLAFANI
NICHOLAS J. ACCURSO

Telephone (914) 366-0201
Facsimile  (914) 366-0022
(Not for Legal Service)

EDWARD D. SCHMITT*
JULES J. RAVO
OF COUNSEL

*Also admitted in CA

December 10, 2020

**SO ORDERED**

BY ECF

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

DEC 1 0 2020 The status conference is adjourned from December 16, 2020 to February 17, 2021 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

RE:  Ferguson v. Desouza, et ano.
     18 CV 11625 (GBD)

Dear Judge Daniels:

   As you know, we represent the defendants in the above-captioned matter and write this letter jointly with plaintiff's counsel to request an adjournment of the December 16, 2020 conference before Your Honor.

   While discovery amongst the parties is essentially complete, we had to adjourn the deposition of plaintiff's expert, Dr. Thomas Scilaris, due to the COVID-19 pandemic.  Plaintiff's counsel has been attempting to reschedule the deposition of Dr. Scilaris without success.  We have recently issued another subpoena for Dr. Scilaris' deposition to be held on January 20, 2021.  In light of the above, we are compelled to request an adjournment of the conference scheduled for December 16, 2020.

Respectfully,

REARDON & SCLAFANI, P.C.

By: _____
NICHOLAS J. ACCURSO (NA 1853)

NJA/dmb

cc:  Philip J. Sporn, Esq.
     Attorney for plaintiff


Recycled Paper