# REARDON & SCLAFANI, P.C.

### ATTORNEYS AT LAW

220 WHITE PLAINS ROAD, SUITE 235
TARRYTOWN, NEW YORK 10591

MICHAEL V. SCLAFANI
VINCENT M. SCLAFANI
NICHOLAS J. ACCURSO
—————
EDWARD D. SCHMITT*
JULES J. RAVO
OF COUNSEL
—————
*Also admitted in CA

Telephone (914) 366-0201
Facsimile  (914) 366-0022
(Not for Legal Service)

April 16, 2021

SO ORDERED

BY ECF

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

APR 1 9 2021

The status conference is adjourned from
April 21, 2021 to June 23, 2021 at 9:30 a.m.

*George B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

  RE:  Ferguson v. Desouza, et ano.
       18 CV 11625 (GBD)

Dear Judge Daniels:

  As you know, we represent the defendants in the above-captioned matter and write this letter jointly with plaintiff's counsel requesting an extension of time in which to complete expert disclosure in this matter and to adjourn the April 21, 2021 status conference for sixty days.

  The long awaited deposition of Dr. Thomas Scilaris has recently been held on April 12, 2021 and based on his testimony, it may be necessary for the defense to retain another expert.

  In light of the foregoing, we respectfully request a 60-day adjournment of the expert discovery deadline, as well as an adjournment of the April 21, 2021 status conference, so that we may evaluate the retention of the appropriate expert.

                    Respectfully,

                    REARDON & SCLAFANI, P.C.

                    By: _____
                       NICHOLAS J. ACCURSO (NA 1853)

NJA/dmb

cc:  Philip J. Sporn, Esq.
     Attorney for plaintiff

Recycled Paper