# REARDON & SCLAFANI, P.C.

ATTORNEYS AT LAW

220 WHITE PLAINS ROAD, SUITE 235
TARRYTOWN, NEW YORK 10591

MICHAEL V. SCLAFANI
VINCENT M. SCLAFANI
NICHOLAS J. ACCURSO

EDWARD D. SCHMITT*
JULES J. RAVO
OF COUNSEL

*Also admitted in CA

Telephone (914) 366-0201
Facsimile  (914) 366-0022
(Not for Legal Service)

June 18, 2021

BY ECF

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

RE: Ferguson v. Desouza, et ano.
    18 CV 11625 (GBD)

**SO ORDERED**
The status conference is adjourned from June 23, 2021 to September 8, 2021 at 9:45 a.m.

/s/ George B. Daniels

Dear Judge Daniels:

As you know, we represent the defendants in the above-captioned matter and write this letter jointly with plaintiff's counsel to request a 60-day extension of time for the parties to complete expert disclosure in this matter and to adjourn the June 23, 2021 status conference for a similar time period.

We are exchanging the report of our biomechanical expert, after discussing same with plaintiff's counsel. Plaintiff would like to review the report to determine if it is necessary to retain an expert to challenge the defense opinions. For this reason, and to allow the parties to explore possible settlement, we ask Your Honor to adjourn both the conference and the date for expert disclosure for sixty days.

Thank you.

Respectfully,

REARDON & SCLAFANI, P.C.

By: _____
    NICHOLAS J. ACCURSO (NA 1853)

NJA/dmb

cc: Philip J. Sporn, Esq.
    Attorney for plaintiff


Recycled Paper