**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

ANTHONY FERGUSON,

                          Plaintiff,

         -against-

CHRISTIAN DESOUZA et al.,

                       Defendants.

------------------------------------- X

ORDER

18 Civ. 11625 (GBD)

DEC 0 7 2021

GEORGE B. DANIELS, United States District Judge:

The parties' proposed briefing schedule is GRANTED and is as follows:

- Dispositive motions shall be filed by January 31, 2022;

- Opposition memoranda shall be filed be filed before February 28, 2022;

- Reply memoranda shall be filed by March 31, 2022.

The status conference scheduled on December 8, 2021 is adjourned to April 20, 2022 at

9:45 a.m.  The Clerk of Court is directed to close the motion, (ECF No. 33), accordingly.

Dated: New York, New York
      December 7, 2021

                                SO ORDERED.

                                *George B. Daniel*

                                GEORGE B. DANIELS
                                United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

ANTHONY FERGUSON,

                              Plaintiff,

          -against-

CHRISTIAN DESOUZA et al.,

                          Defendants.

------------------------------------------ x

**DEC 0 7 2021**

ORDER

18 Civ. 11625 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' proposed briefing schedule is GRANTED and is as follows:

- Dispositive motions shall be filed by January 31, 2022;

- Opposition memoranda shall be filed ——— before February 28, 2022;

- Reply memoranda shall be filed by March 31, 2022.

The status conference scheduled on December 8, 2021 is adjourned to April 20, 2022 at

9:45 a.m.  The Clerk of Court is directed to close the motion, (ECF No. 33), accordingly.

Dated: New York, New York
       December 7, 2021

                                   SO ORDERED.

                                   _George B. Daniel_
                                   GEORGE B. DANIELS
                                   United States District Judge