UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANTHONY FERGUSON,

                      Plaintiff,

      -against-

CHRISTIAN DESOUZA and WILD EAGLE TRANS, LLC,

                      Defendants.

------------------------------------- x

ORDER

18 Civ. 11625 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 20, 2022 status conference is canceled.

Dated: April 19, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

Case 1:18-cv-11625-GBD Document 47 Filed 04/19/22 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANTHONY FERGUSON,

                    Plaintiff,

      -against-

CHRISTIAN DESOUZA and WILD EAGLE TRANS, LLC,

                  Defendants.

------------------------------------- x

ORDER

18 Civ. 11625 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 20, 2022 status conference is canceled.

Dated: April 19, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge