**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY FERGUSON,

                    Plaintiff,

-against-                                       18 **CIVIL** 11625 (GBD)

**JUDGMENT**

CHRISTIAN DESOUZA and
WILD EAGLE TRANS LLC,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 12, 2022, defendants' motion for summary judgment dismissing Plaintiff's claim is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 13, 2022

                                                     **RUBY J. KRAJICK**

                                                         Clerk of Court

                            **BY:**

                                                          **Deputy Clerk**